IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMIE E. MASON**                                                                                     **PLAINTIFF**
**ADC #083024**

VS.                                              4:23-cv-001189-BRW-JJV

**LEWIS H. YOUNG,**
**Warden of Operation, Cummins Unit;** *et al.*                                    **DEFENDANTS**

## ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. (Doc.7.) No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Partial Recommended Disposition in all respects.

Therefore, Plaintiff be allowed to proceed with his equal protection claim against Defendant Young. All other claims as well as Defendants Goodwin, Reed, Musselwhite, Waddell, and King are dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 24th day of January, 2024.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1