IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMIE E. MASON**                                                                                    **PLAINTIFF**
**ADC #083024**

VS.                                              4:23-cv-001189-BRW

**LEWIS H. YOUNG,**
Warden of Operation, Cummins Unit; *et al.*                                **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 35) submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 28) is granted, and Plaintiff's equal protection claim against Defendant Young is dismissed without prejudice and this case is closed.

Plaintiff's motion for leave to file amendment (Doc. No. 37) is DENIED because it would not change the outcome.

An *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 29th day of May 2024.

                                            Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).